CASE NUMBER
6:18 cv 534

Page 1

to miss Judge
K. Nicole Mitchell

Nov 25, 2018

## Amended Complaint

Estelle V. Gamble, 429 U.S. 97, 103 (1976). Do to the Fact that I having not the material to do it But will do my Best to my knowledge to provide some information. In Farmer V. Brennan, 511 U.S. 825, 842 (1995) I had report many Time Time that I had a Infected Disease that Like T.B I said "Like" that can Be Spread thous H the Air I try to to Hundertime to talk to Her She did not want to Help me Because I ask Her to sent me to Jeannie Sealy Hospital to Be Check out. In Estelle 429 U.S At 104 Gutierrez V. Peter, 111 F.3d 1364, 1369 (7th Cir 1997). She knew about my Serious medical Need and she Failed to respond reasonably to it. In Smith V. Carpenter, 316 F.3D 178 (2d Cir 2003) Wheather the Condition signifi cantly affects Daily Activities. I stayed that people is getting sick around me, that mean I Have A Serious medical Conditions, she refuse to Help me in this matter. Brock V. Wright, 315 F.3d 158

(2d Cir. 2003)

Sorry for responding Late I Have Limited resources to Do it. THANK YOU DISCO DUCK Jesus Love you TOO.

I Submit A inmate trust Data Sheet went I send the Frist paper work please check it you mike Find it CAN not get to the Law Library right Now.

Why She Dont Want to Sent me to the Hospital Because I'm getting sicker Need some Help in this matter please so they can run some tests on me so I CAN set my diagnosed By A physician And mandating treatment that I Need. THANK YOU

Scott v. Ambani, 577 F3d. 642 (6th Cir 2009). Spruill v. Gillis. 372 F3d. 218 (3d Cir 2004). In Brown v. District of Columbia, 514 F3d. 1279 (D.C Cir 2008)

At the W.J. Estelle Unit Mr. Doous wileb Huntsvillie Texas EXT. 3875 Did Not treated me to see if I was sick Are not so He Fail to respond to my Help

Page (2)

Nov 25, 2018

The Respiratory Care services Mr. Doug Wilder refuse to check me out exposed me to serious harm, He only check my C-PAPK machine out, He knew I was sick But did not want to Help, <u>Wilson V. Seiter, 501 U.S. 294 (1991)</u>. I put over 30 I-60 to get some help and sent my complaints on some grievance that I have filed I try to brougth my probleming to their attention. <u>Vance V. Peter 97 F.3d 987 (7th Cir. 1996)</u> I been going thought this problem for over two in half years so went is it going stop need to see a Hospital real soon <u>Barney V. Pulsipher, 143 F.3d 1299, 1311 (10th Cir 1998)</u>. My condition had got so bad that my eyes hurt, my skin icth I have headanch my bone Hurt it put me in serious risk for injury in the future like second hank smoke. <u>Helling V. Mc. Kinney, 509 U.S. 25 (1993)</u>. They need to screen policie or staff for prisoners seeking care and the disease control policies of prison. <u>Hutto V. Finney, 437 U.S 678 (1978)</u>. THANK YOU.



NORTH TEXAS TX PDDC
DALLAS TX 750
03 DEC 2018 PM 1 L

United States District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas 75702

Reggie O. Williams #1619177
Michael Unit
2664 FM 2054
Tennessee Colony
Texas 75886

Legal Mail